NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE THE PARALYZED VETERANS OF AMERICA, THE NATIONAL VETERANS LEGAL SERVICES PROGRAM, THE NON-COMMISSIONED OFFICERS ASSOCIATION, and THE UNITED SPINAL ASSOCIATION/VETSFIRST,
*Petitioners.*

---

## MISCELLANEOUS DOCKET NO. 949

---

On Petition for Writ of Mandamus directed to the Secretary of Veterans Affairs.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

The Paralyzed Veterans of America et al. submit a petition for a writ of mandamus to direct the Secretary of Veterans Affairs to publish final regulations concerning presumptions of service connection related to exposure to Agent Orange or in the alternative to direct the Secretary to publish interim regulations.

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary is directed to respond to the petition no later than noon on Monday, July 19, 2010.

FOR THE COURT

JUL 15 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Thomas E. Riley, Esq.
    Jeanne E. Davidson, Esq.
    Will A. Gunn, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2010

JAN HORBALY
CLERK